641 So.2d 200 (1994)
Lerois BLOUNT, Appellant,
v.
STATE of Florida, Appellee.
No. 93-0461.
District Court of Appeal of Florida, Fourth District.
August 24, 1994.
Richard L. Jorandby, Public Defender, Peggy Natale and Anthony Calvello, Asst. Public Defenders, West Palm Beach, for appellant.
Robert A. Butterworth, Atty. Gen., Tallahassee, Michael J. Neimand, Asst. Atty. Gen., Miami, Parker D. Thomson and Carol A. Licko, Sp. Asst. Attys. Gen., Miami, and Joan Fowler, Asst. Atty. Gen., West Palm Beach, for appellee.
PER CURIAM.
AFFIRMED. See State v. Kahles, No. 93-0957, ___ So.2d ___ (Fla. 4th DCA August 24, 1994); Pallas v. State, 636 So.2d 1358 (Fla. 3d DCA 1994); Bouters v. State, 634 So.2d 246 (Fla. 5th DCA 1994), review granted, 640 So.2d 1106 (Fla. 1994).
GUNTHER, WARNER and POLEN, JJ., concur.